IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BITTERROOT RIDGE RUNNERS SNOWMOBILE CLUB; RAVALLI COUNTY OFF-ROAD USER ASSOCIATION; BITTERROOT BACKCOUNTRY CYCLISTS; MONTANA TRAIL VEHICLE RIDERS ASSOCIATION; MONTANA SNOWMOBILE ASSOCIATION; CITIZENS FOR BALANCED USE; AND BACKCOUNTRY SLED PATRIOTS, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES FOREST SERVICE; U.S. FOREST SERVICE, NORTHERN REGION; BITTERROOT NATIONAL FOREST; LEANNE MARTEN, REGIONAL FORESTER, NORTHERN REGION; JULIE KING, FOREST SUPERVISOR, BITTERROOT NATIONAL FOREST; <br><br> Defendants. | CV 16–158–M–DLC <br><br> ORDER <br><br> **FILED** <br><br> JAN 1 7 2017 <br><br> Clerk, U.S. District Court <br> District Of Montana <br> Missoula |

Plaintiffs move for the admission of Paul A. Turcke to practice before this Court in this case with Robert T. Bell of Reep, Bell, Laird, Simpson & Jasper P.C. to act as local counsel. The application appears to be in order.

1

Accordingly, IT IS ORDERED that Plaintiffs' motion to admit Paul A. Turcke *pro hac vice* (Doc. 4) is GRANTED on the condition that Mr. Turcke does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Turcke within fifteen (15) days of this Order, file a separate pleading acknowledging his admission under the terms set forth above.

DATED this 17th day of January, 2017.

Dana L. Christensen, Chief Judge
United States District Court