UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BITTERROOT RIDGE RUNNERS SNOWMOBILE CLUB, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES FOREST SERVICE, et al., <br><br> Defendants, <br> and <br><br> FRIENDS OF THE BITTERROOT, et al., <br><br> Defendant-Intervenors. | Case No. CV-16-158-M-DLC <br><br> JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this matter is REMANDED to the United States Forest Service consistent with the order issued on today's date..

    Dated this 29th day of June, 2018.

                                          TYLER P. GILMAN, CLERK
                                          By: /s/ A.S. Goodwin
                                          A.S. Goodwin, Deputy Clerk

